IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

IN RE: GREGORY C. KLUMP
    Case No. 07-61331      SS#1 - XXX-XX-5777
                         SS#2 - XXX-XX-0000

    GREGORY C. KLUMP
    80 EDGE OF TOWN LOT 2
    PALATINE BRIDGE, NY 13428

    TODD D BENNETT
    123 COURT ST
    HERKIMER, NY 13350-1923

## FINAL REPORT AND ACCOUNT

This Case was          The Plan was          The Case was
commenced on 05/24/01     confirmed on 10/11/01    concluded on 04/06/08

THIS CASE IS COMPLETE .
    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for the benefit of creditors.                                                         $ 17620.58

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| BANK FIRST | UNSECURED | 587.17 | 68.42 | .00 | 518.75 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1160.65 | 465.22 | .00 | 695.43 |
| CHRYSLER CREDIT | NOT FILED | .00 | .00 | .00 | .00 |
| CHRYSLER FINANCIAL CORP | SECURED | 10500.00 | 10500.00 | 1853.24 | .00 |
| CHRYSLER FINANCIAL CORP | UNSECURED | 4421.52 | 515.24 | .00 | 3906.28 |
| CHRYSLER FINANCIAL CORP | NOT FILED | .00 | .00 | .00 | .00 |
| CONSECO FINANCE CREDIT CORP | NOT FILED | .00 | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1185.03 | 118.50 | .00 | 1066.53 |
| GREENTREE | SECURED | 1992.54 | 1992.54 | 438.47 | .00 |
| TODD D BENNETT | UNSECURED | 500.00 | 182.44 | .00 | 317.56 |
| GREGORY C. KLUMP | REFUND | .01 | .01 | | |
| CHAPTER 7 TRUSTEE | | .00 | .00 | | |

```
SUMMARY OF CLAIMS ALLOWED AND PAID
--------------------------------------------------------------------------------
           SECURED     PRIORITY      GENERAL      SPECIAL       TOTAL
------------------------------------------------------------------------TOTAL PAID
AMT. ALLOW  12492.54        .00      7854.37          .01    20346.92  PRINCIPAL
PRIN. PAID  12492.54        .00      1349.82          .01    13842.37  AND INT.
INT. PAID    2291.71        .00          .00                  2291.71   16134.08
--------------------------------------------------------------------------------

OTHER DISBURSEMENTS UNDER ORDER OF COURT:
          DEBTOR'S ATTORNEY                   FEE ALLOWED    FEE PAID
TODD D BENNETT                                    500.00       500.00
--------------------------------------------------------------------------------
COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

    FILING FEE     ADDITIONAL CHARGES           TRUSTEE            OTHER
                 ------------------------  -------------------
    & DEPOSIT      1% OF    .25 EA CLAIM   EXP. & COMPENSATION     COST
                  RECEIPTS    OVER 10            FUND
    ----------   ---------- ------------   -------------------   ---------
         .00                                     493.25    493.25      .0   986.50
```

    WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

                                              /s/ Andrea E. Celli

                                              _____
                                              ANDREA E. CELLI
                                              Chapter 13 Trustee